**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00827-CR

---

**STACY MERSADEZ SILVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 2133361**

---

### M E M O R A N D U M   O P I N I O N

Appellant Stacy Mersadez Silva, through her appointed counsel, has filed a written motion to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. The motion is signed by both appellant and counsel. Because this court has not delivered an opinion, the motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Wise
Do Not Publish – Tex. R. App. P. 47.2(b)